Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Theresa Lynn Murray

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THERESA LYNN MURRAY,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01678-MDC<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ORDER<br><br>(FIRST REQUEST) |

Plaintiff Theresa Lynn Murray and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from November 27, 2026, to December 11, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental

Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. Defendant will file his brief by January 11, 2027. Plaintiff may file any optional reply within 14 days of the service of the Defendant's Brief.

///

///

///

This is Plaintiff's first request for an extension. Plaintiff's counsel respectfully requests this extension due to a heavy workload, despite due diligence. Plaintiff therefore needs additional time to fully research the issues presented. The parties make this request in good faith with no intention to unduly delay the proceedings.

DATE: November 24, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ____________________________
Marc V. Kalagian
Attorney for plaintiff Theresa Lynn Murray

DATE: November 24, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira**

BY: ____________________________

Christopher Vieira
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED:

____________________________
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2026